| Fill in this information to identify your case: |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NORTH CAROLINA |
| Case number *(if known)* _____    Chapter   11 |
|   □ Check if this an amended filing |

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy   06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Williams Land Clearing, Grading, and Timber Logger, LLC |
| 2. | **All other names debtor used in the last 8 years**  Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 81-1317609 |
| 4. | **Debtor's address** | **Principal place of business**  1600 Sweetwater Lane  Raleigh, NC 27610  Number, Street, City, State & ZIP Code    Wake  County | **Mailing address, if different from principal place of business**  _____  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  _____  Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website** (URL) | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  □ Partnership (excluding LLP)  □ Other. Specify: _____ |

Debtor  Williams Land Clearing, Grading, and Timber Logger, LLC    Case number (*if known*) _____
      *Name*

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____  When _____  Case number _____
District _____  When _____  Case number _____

Debtor  Williams Land Clearing, Grading, and Timber Logger, LLC    Case number (*if known*)
     Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
     Contact name _____
     Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
■ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 3

Debtor __Williams Land Clearing, Grading, and Timber Logger, LLC__   Case number (*if known*) _____
   Name

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor __Williams Land Clearing, Grading, and Timber Logger, LLC__   Case number (*if known*) _____
       Name

| | |
|---|---|
| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __September 16, 2022__
                  MM / DD / YYYY

**X** __/s/ Lamonte Williams__          __Lamonte Williams__
   Signature of authorized representative of debtor     Printed name

Title __Manager__

**18. Signature of attorney**

**X** __/s/ William P. Janvier__       Date __September 16, 2022__
   Signature of attorney for debtor                                               MM / DD / YYYY

__William P. Janvier 21136__
Printed name

__Stevens Martin Vaughn & Tadych, PLLC__
Firm name

6300 Creedmoor Road
Suite 170-370
Raleigh, NC 27612
Number, Street, City, State & ZIP Code

Contact phone __919-582-2323__     Email address __wjanvier@smvt.com__

__21136 NC__
Bar number and State

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Williams Land Clearing, Grading, and Timber Logger, LLC |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF NORTH CAROLINA |
| Case number (if known): | |

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AMUR Equipment Finance, Inc  Attn: Managing Agent  304 W. 3rd Street  Grand Island, NE 68801 | | | | $400,000.00 | $0.00 | $400,000.00 |
| Ascentium Capital  Attn: Managing Agent  23970 US-59  Kingwood, TX 77339 | | | | $500,000.00 | $0.00 | $500,000.00 |
| Auxilior Capital Partners, Inc.  Attn: Managing Agent  620 W. Germantown Pke., Ste 450  Plymouth Meeting, PA 19462 | | | | $814,618.48 | $0.00 | $814,618.48 |
| Commercial Credit Group, Inc.  Attn: Managing Agent  525 N. Tryon St., Ste. 1000  Charlotte, NC 28202 | | | | $2,028,580.17 | $0.00 | $2,028,580.17 |
| Couch Oil Company  Attn: Managing Agent  PO Box 2753  Durham, NC 27715 | | | | | | $500,000.00 |
| Equify Financial, LLC  Attn: Managing Agent  777 Main St., Ste. 3900  Fort Worth, TX 76102 | | | | $261,000.00 | $0.00 | $261,000.00 |
| Fiji Funding  Attn: Managing Agent  1969 Rutgers University Blvd  Lakewood, NJ 08701 | | | | $1,000,000.00 | $0.00 | $1,000,000.00 |

Debtor   Williams Land Clearing, Grading, and Timber Logger, LLC    Case number *(if known)*  _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| John Deere Construction&Forestry<br>Attn: Managing Agent<br>6400 NW 86th St.<br>Johnston, IA 50131 | | | | $347,500.00 | $0.00 | $347,500.00 |
| M2 Equipment Finance, LLC<br>Attn: Managing Agent<br>175 N. Patrick Blvd., Ste. 140<br>Brookfield, WI 53045 | kwardlaw@m2equipmentfinance.com | | | $325,000.00 | $0.00 | $325,000.00 |
| MHC Financial Services<br>Attn: Managing Agent<br>4501 College Blvd., Ste. 160<br>Leawood, KS 66211 | | | | $288,700.00 | $0.00 | $288,700.00 |
| Midland Equipment Finance Equipment<br>Attn: Managing Agent<br>105 14th Ave., Ste. 300<br>Seattle, WA 98122 | | | | $1,354,754.50 | $0.00 | $1,354,754.50 |
| National Credit Funding<br>Attn: Managing Agent<br>9101 Southern Pine Blvd., Ste. 205<br>Charlotte, NC 28278 | | | | | | $330,000.00 |
| North Mill Equipment Finance<br>Attn: Managing Agent<br>9 Executive Cir., Ste. 230<br>Irvine, CA 92614 | | | | $410,962.33 | $0.00 | $410,962.33 |
| Peak Leasing<br>Attn: Managing Agent<br>5510 Hwy 421<br>Wilmington, NC 28401 | | | | | | $753,190.24 |
| People's UnitedEquipmentFinanceCorp<br>Attn: Managing Agent<br>10715 David Taylor Dr.Ste.550(BR10)<br>Charlotte, NC 28262 | | | | $600,000.00 | $0.00 | $600,000.00 |

Debtor  Williams Land Clearing, Grading, and Timber Logger, LLC          Case number *(if known)*
　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim *If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim.* | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| PNC Equipment Finance, LLC<br>Attn: Managing Agent<br>655 Business Center Dr., Ste. 250<br>Horsham, PA 19044 | | | | $390,000.00 | $0.00 | $390,000.00 |
| Signature Finance, LLC<br>Attn: Managing Agent<br>12100 NE 195th St., Ste. 315<br>Bothell, WA 98011 | | | | $255,000.00 | $0.00 | $255,000.00 |
| TLG Financial<br>Attn: Managing Agent<br>4350 S. National Ave., Ste. B116<br>Springfield, MO 65810 | | | | | | $500,000.00 |
| Verdant Commercial Capital, LLC<br>Attn: Managing Agent<br>4540 Cooper Rd., Ste. 305<br>Cincinnati, OH 45242 | | | | $215,000.00 | $0.00 | $215,000.00 |
| Volvo Finance Services<br>Attn: Managing Agent<br>PO Box 7247-6667<br>Philadelphia, PA 19170-6667 | | | | $847,790.97 | $0.00 | $847,790.97 |

**United States Bankruptcy Court**
**Eastern District of North Carolina**

In re   Williams Land Clearing, Grading, and Timber Logger, LLC          Case No.

                                            Debtor(s)          Chapter   11

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   September 16, 2022                    /s/ Lamonte Williams
                                                                               Lamonte Williams/Manager
                                                                               Signer/Title

ACE Capitol
Attn: Managing Agent
366 North Broadway
Jericho, NY 11753

Blue Bridge Financial, LLC
Attn: Managing Agent
11921 Freedom Dr., Ste. 1130
Reston, VA 20190

Commerical Funding, Inc.
Attn: Managing Agent
170 S. Main St., Ste. 700
Salt Lake City, UT 84101

Ally Agreement
Attn: Managing Agent
PO Box 9001948
Louisville, KY 40290-1948

Campbell Oil Company
Attn: Managing Agent
PO Box 637
Elizabethtown, NC 28337

Corporation Service Company
Attn: Managing Agent
PO Box 2576
Springfield, IL 62708

AMUR Equipment Finance, Inc
Attn: Managing Agent
304 W. 3rd Street
Grand Island, NE 68801

Cardinal Civil Contracting, LLC
Attn: Managing Agent
4441 Six Forks Rd., Ste. 106-261
Raleigh, NC 27609

Corporation Service Company
Attn: Managing Agent
801 Adlai Stevenson Drive
Springfield, IL 62703

AMUR Equipment Finance, Inc
Attn: Managing Agent
PO Box 911685
Denver, CO 80291-1685

Cardinal Civil Contracting, LLC
Attn: Managing Agent
100 E. Six Forks Road
Raleigh, NC 27609

Couch Oil Company
Attn: Managing Agent
PO Box 2753
Durham, NC 27715

Anderson Jones PLLC
Attn: Todd A. Jones
PO Box 20248
Raleigh, NC 27619

CAT Financial Services Corp
Attn: Managing Agent
2120 West End Ave
Nashville, TN 37203

CT Corporation Systems
Attn:ManagingAgent/SPRS
330 N Brand Blvd, Ste. 700
Glendale, CA 91203

Apex Capital
Attn: Managing Agent
17 State St., 39th Floor
New York, NY 10040

Champion Grading
Attn: Managing Agent
3011 Gresham Lake Rd.
Raleigh, NC 27615

DeLage Landen
Attn: Managing Agent
1111 Old Eagle School Rd
Wayne, PA 19087

Ascentium Capital
Attn: Managing Agent
23970 US-59
Kingwood, TX 77339

Chase Auto
Attn: Managing Agent
PO Box 78232
Phoenix, AZ 85062

EBD Holdings, LLC
Attn: Managing Agent
580 Fifth Ave., Ste. 900
New York, NY 10036

Auxilior Capital Partners, Inc.
Attn: Managing Agent
620 W. Germantown Pke., Ste 450
Plymouth Meeting, PA 19462

CNH Industrial Capital
Attn: Managing Agent
PO Box 71264
Philadelphia, PA 19176-6264

ENGS Commercial Finance Co
Attn: Managing Agent
PO Box 128
Itasca, IL 60143-0128

BlackRiver Business Capital
Attn: Managing Agent
14452 Falcon Head Blvd., Bldg E
Austin, TX 78738

Commercial Credit Group, Inc.
Attn: Managing Agent
525 N. Tryon St., Ste. 1000
Charlotte, NC 28202

ENGS Commercial Finance Co
Attn: Managing Agent
1 Pierce Pl., #1100
Itasca, IL 60143

Equify Financial, LLC
Attn: Managing Agent
777 Main St., Ste. 3900
Fort Worth, TX 76102

Internal Revenue Service
Attn: Managing Agent
PO Box 7346
Philadelphia, PA 19101-7346

Komatsu Financial
Attn: Managing Agent
8770 W. Bryn Mawr Ave., Ste. 100
Chicago, IL 60631

Falcon Leasing (FalconNationalBank)
Attn: Managing Agent
28-11th Ave., Ste. 103
Saint Cloud, MN 56301

JB&B Capital, LLC
Attn: Managing Agent
1111 Northshore Dr., P-270
Knoxville, TN 37919

Law Office of Isaac H. Greefield
Attn: Isaac Greenfield
2 Executive Blvd., Ste. 305
Suffern, NY 10901

Fiji Funding
Attn: Managing Agent
1969 Rutgers University Blvd
Lakewood, NJ 08701

JB&B Capital, LLC
Attn: Managing Agent
109 S. Northshore Dr., Ste. 200
Knoxville, TN 37919

Duke Lazzarra
Attn: Managing Agent
4201 Fayetteville Rd.
Raleigh, NC 27603

Ford Credit
Attn: Managing Agent
PO Box 650575
Dallas, TX 75265-0575

John Deere Construction&Forestry
Attn: Managing Agent
6400 NW 86th St.
Johnston, IA 50131

Lien Solutions
Attn: Managing Agent
PO Box 29071
Glendale, CA 91209-9071

Franklin Capital Group, LLC
Attn: Managing Agent
32300 Northwestern Hwy
Farmington, MI 48334

John Deere Financial
Attn: Managing Agent
PO Box 6600
Johnston, IA 50131-6600

M2 Equipment Finance, LLC
Attn: Managing Agent
175 N. Patrick Blvd., Ste. 140
Brookfield, WI 53045

Franklin Capital Management, LLC
Attn: Managing Agent
32300 Northwestern Hwy
Farmington, MI 48334

John James
2929 Allen Pkwt., Ste. 3300
Houston, TX 77019

Manitou Group
Attn: Managing Agent
PO Box 825303
Philadelphia, PA 19182-5303

Hills Machinery
Attn: Managing Agent
PO Box 746132
Atlanta, GA 30374-6132

Katten Muchin & Rosenman
Attn: Jeffrey C. Grady
550 S. Tryon St., Ste. 2900
Charlotte, NC 28202

Masada Funding, LLC
Attn: Managing Agent
20 Jay St
Brooklyn, NY 11201

Hitachi Capital America Corp
Attn: Managing Agent
7808 Creekridge Cir., Ste. 250
Minneapolis, MN 55439

Keystone Equipment Finance
Attn: Managing Agent
433 New Park Ave.
West Hartford, CT 06110-1141

Masada Funding, LLC
Attn: Managing Agent
1811 Silverside Rd.
Wilmington, DE 19810

Hitachi Capital America Corp
Attn: Managing Agent
21925 Network Place
Chicago, IL 60673

Komatsu Financial
Attn: Managing Agent
1701 W. Golf Rd., Ste. 1-300
Rolling Meadows, IL 60008

Roger Metcalf
Attn: Managing Agent
5206 SE Shellcracker Ave.
Blountstown, FL 32424

MHC Financial Services
Attn: Managing Agent
4501 College Blvd., Ste. 160
Leawood, KS 66211

Northland Capitol Equipment Finance
Attn: Managing Agent
333 33rd Ave S, #100
Saint Cloud, MN 56301

Signature Finance, LLC
Attn: Managing Agent
PO Box 71278
Philadelphia, PA 19176-6278

Midland Equipment Finance Equipment
Attn: Managing Agent
105 14th Ave., Ste. 300
Seattle, WA 98122

Pawnee Leasing Corp.
Attn: Managing Agent
3801 Automation Way, Ste. 207
Fort Collins, CO 80525

Simmons Bank
Attn: Managing Agent
601 E. 3rd St., 7th Floor
Little Rock, AR 72201

Midland States Bank
Attn: Managing Agent
1801 Park 270 Dr., Ste. 200
Saint Louis, MO 63146

Peak Leasing
Attn: Managing Agent
5510 Hwy 421
Wilmington, NC 28401

Small Business Administration
Attn: Managing Agent
801 Tom Martin Dr., Ste. 120
Birmingham, AL 35211

Mitsubishi HC Capital America
Attn: Managing Agent
21925 Network Place
Chicago, IL 60673-1219

People's UnitedEquipmentFinanceCorp
Attn: Managing Agent
10715 David Taylor Dr.Ste.550(BR10)
Charlotte, NC 28262

Smith Debnam
Attn: Byron Saintsing
PO Box 176010
Raleigh, NC 27619

National Credit Funding
Attn: Managing Agent
9101 Southern Pine Blvd., Ste. 205
Charlotte, NC 28278

PNC Auto Loan
Attn: Managing Agent
PO Box 747066
Pittsburgh, PA 15274-7066

T&T Logging
Attn: Managing Agent
210 Allendown Lane
Knightdale, NC 27545

National Equipment Dealer
Attn: Managing Agent
PO Box 1335
Charlotte, NC 28201

PNC Equipment Finance, LLC
Attn: Managing Agent
655 Business Center Dr., Ste. 250
Horsham, PA 19044

TBF
Attn: Managing Agent
333 River St.
Hoboken, NJ 07030

NC Dept. of Revenue
Attn: Bankruptcy Unit
PO Box 1168
Raleigh, NC 27602-1168

PNC Equipment Finance, LLC
Attn: Managing Agent
PO Box 825303
Philadelphia, PA 19182-5303

TLG Financial
Attn: Managing Agent
4350 S. National Ave., Ste. B116
Springfield, MO 65810

North Mill Equipment Finance
Attn: Managing Agent
9 Executive Cir., Ste. 230
Irvine, CA 92614

Seamless Capital Group
Attn: Managing Agent
2329 Nostrand Ave., Ste. 111
Brooklyn, NY 11210

Toll Brothers
Attn: Managing Agent
2310 TW Alexander Dr., #G
Raleigh, NC 27617

North Mill Equipment Finance
Attn: Managing Agent
601 Merritt 7 #5
Norwalk, CT 06851

Signature Finance, LLC
Attn: Managing Agent
12100 NE 195th St., Ste. 315
Bothell, WA 98011

Towne Bank
Attn: Managing Agent
PO Box 2818
Norfolk, VA 23501-2818

Toyota Commerical Finance
Attn: Managing Agent
PO Box 660926
Dallas, TX 75373-5638

VFS US, LLC/VFS Leasing
Attn: Managing Agent
PO Box 26131
Greensboro, NC 27402

Truist Financial
Attn: Managing Agent
214 N. Tryon St.
Charlotte, NC 28202

Volvo Finance Services
Attn: Managing Agent
PO Box 7247-6667
Philadelphia, PA 19170-6667

Ultra Funding, LLC
Attn: Managing Agent
Merrick Rd., Ste. 203
Rockville Center, NY 11570

Wellons Construction
Attn: Managing Agent
510 N. Powell Ave.
Dunn, NC 28334

US Attorney General-SBA
Attn: Managing Agent
950 Pennsylvania Ave., NW
Washington, DC 20530

Wynn Site Development
Attn: Managing Agent
165 Sommerville Park Rd.
Raleigh, NC 27603

US Attorney's Office (ED)
Attn: Managing Agent
150 Fayetteville St., Ste. 2100
Raleigh, NC 27601

US Small Business Admin
Attn: Managing Agent
2 North Street, Suite 320
Birmingham, AL 35203

Verdant Commercial Capital, LLC
Attn: Managing Agent
4540 Cooper Rd., Ste. 305
Cincinnati, OH 45242

Verdant Commercial Capital, LLC
Attn: Managing Agent
PO Box 207202
Dallas, TX 75320-7202

Vernon Capital Group, LLC
Attn: Managing Agent
383 Kingston Ave., Ste. 343
Brooklyn, NY 11213

# United States Bankruptcy Court
### Eastern District of North Carolina

In re: Williams Land Clearing, Grading, and Timber Logger, LLC

Debtor(s)

Case No.

Chapter: 11

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  Williams Land Clearing, Grading, and Timber Logger, LLC  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

September 16, 2022
Date

/s/ William P. Janvier
William P. Janvier 21136
Signature of Attorney or Litigant
Counsel for  Williams Land Clearing, Grading, and Timber Logger, LLC
Stevens Martin Vaughn & Tadych, PLLC
6300 Creedmoor Road
Suite 170-370
Raleigh, NC 27612
919-582-2323  Fax:866-809-2379
wjanvier@smvt.com