United States Bankruptcy Court
Eastern District of North Carolina

In re: Case No. 22-02094-PWM
Williams Land Clearing, Grading, and Tim     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0417-5     User: admin     Page 1 of 2
Date Rcvd: Sep 19, 2022     Form ID: van010     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Williams Land Clearing, Grading, and Timber Logger, 1600 Sweetwater Lane, Raleigh, NC 27610-9412 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | + Email/Text: NCEBAdb_bnc@nceba.uscourts.gov | Sep 20 2022 00:25:00 | Bankruptcy Administrator, Two Hannover Square, Ste. 640, 434 Fayetteville Street, Raleigh, NC 27601-1701 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2022     Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Behr | on behalf of Bankruptcy Administrator Bankruptcy Administrator brian_behr@nceba.uscourts.gov lynn_tingen@nceba.uscourts.gov;rick_hinson@nceba.uscourts.gov;lesley_dean@nceba.uscourts.gov;tanya_aycock@nceba.uscourts.gov;karen_cook@nceba.uscourts.gov |
| Kathleen O'Malley | on behalf of Debtor Williams Land Clearing  Grading, and Timber Logger, LLC komalley@smvt.com, lpetruska@smvt.com;O'MalleyKR55537@notify.bestcase.com |

| District/off: 0417-5 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Sep 19, 2022 | Form ID: van010 | Total Noticed: 2 |

Todd A. Jones
    on behalf of Creditor Cardinal Civil Contracting  LLC tjones@andersonandjones.com, bnewbern@andersonandjones.com;eswyschtch@andersonandjones.com

William P Janvier
    on behalf of Debtor Williams Land Clearing  Grading, and Timber Logger, LLC wjanvier@smvt.com, laura@janvierlaw.com;june@janvierlaw.com;kelly@janvierlaw.com;kelly@janvierlaw.com;R55537@notify.bestcase.com;darlene@janvierlaw.com;lpetruska@smvt.com

TOTAL: 4

**VAN–010** Order to File Plan and Disclosure Statement and Notice of Status Conference – Rev. 01/06/2022

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
### Raleigh Division

IN RE:  
Williams Land Clearing, Grading, and Timber Logger, LLC  
1600 Sweetwater Lane  
Raleigh, NC 27610  

TaxID: 81-1317609

CASE NO.: 22-02094-5-PWM

DATE FILED: September 16, 2022

CHAPTER: 11

ORDER TO FILE PLAN AND DISCLOSURE STATEMENT  
AND NOTICE OF STATUS CONFERENCE

The debtor(s) filed a petition for relief under Chapter 11 of the Bankruptcy Code on September 16, 2022 . The court has reviewed the case file and has determined that to ensure that the case is handled expeditiously and economically, the debtor(s) must file a plan and disclosure statement on or before December 15, 2022 . The court will review the disclosure statement when it is filed and, if acceptable, the disclosure statement will be conditionally approved. Additionally, the hearing on approval of the disclosure statement will be combined with the hearing on confirmation of the plan. If the court determines that the debtor's plan provides adequate information under 11 U.S.C. § 1125(a) and 1125(f)(1) and that a separate disclosure statement is not necessary, the court may treat the plan as the disclosure statement for the purpose of conditional approval pursuant to Bankruptcy Rule 3017.1. The debtor(s) may use Official Form B25A, "Plan of Reorganization in Small Business Case Under Chapter 11," and Official Form B25B, "Disclosure Statement in Small Business Case Under Chapter 11."

A status conference pursuant to 11 U.S.C. § 105(d)(1) will be held as indicated below:

DATE:      September 26, 2022  
TIME:      10:00 AM  
PLACE:     Room 208, 300 Fayetteville Street, Raleigh, NC 27601

Counsel for the debtor(s) in possession and the Bankruptcy Administrator will participate in the status conference, and any objection to the procedures outlined in this order will be addressed at that time.

At the status conference, counsel for the debtor(s) must be prepared to (1) describe the nature of the debtor(s) business, (2) describe the reasons for filing the petition, (3) describe the debtor(s) strategy for reorganization, (4) give an estimate of the attorney's fees and other professional fees, (5) identify anticipated significant events in the case, (6) discuss the need for future status conferences, and (7) identify the court location or locations most convenient for parties and counsel for proceedings to be conducted.

SO ORDERED.

Dated: Monday, September 19, 2022

Pamela W McAfee  
United States Bankruptcy Judge