UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
Raleigh Division

In Re: Williams Land Clearing, Gradin

Debtors: Williams Land Clearing, Grading, and Timber Logger LL

Bankruptcy Case No. 22-02094-5-PWM

Chapter: 11

## NOTICE OF SPECIAL APPEARANCE

Please take notice that the undersigned   Logan Rappaport   hereby enters a notice of special appearance as counsel for   Signature Financial LLC   in the above-captioned matter, in association with Local Civil Rule 83.1(d) counsel,   Cody R. Loughridge

I certify that I will submit any document to Local Civil Rule 83.1(d) counsel for review prior to filing the document with the court.

Date   11/03/2022

Name   Logan Rappaport

Law Firm   Bronster, LLP

MailingAddress   156 W 56th St Suite 902
New York, NY 10019

Phone Number   (212) 558-9300

Email Address:   lrappaport@bronsterllp.com

State Bar No.   4495826 NY

Local Counsel Name   Cody R. Loughridge

Law Firm   Bailey & Dixon, LLP

MailingAddress   P.O. Box 1351
Raleigh, NC 27602