**SO ORDERED**

**SIGNED this 4 day of April, 2023.**

_____
Pamela W. McAfee
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WILLIAMS LAND CLEARING, ) | CHAPTER 11 |
| GRADING, AND TIMBER LOGGER, LLC, ) | CASE NO. 22-02094-5-PWM |
| ) | |
| DEBTOR. ) | |
| ) | |

### CONSENT ORDER GRANTING
### RELIEF FROM THE AUTOMATIC STAY

THIS CAUSE coming on before the Court upon the joint request of the Debtor and PNC Bank National Association, successor to PNC Equipment Finance, LLC ("PNC"), by and through their respective counsel for entry of this Consent Order granting PNC relief from the automatic stay to obtain possession of and sell the Equipment (as defined herein). After having considered the record in this case, and with the consent of the parties subscribed hereto, the Court makes the following:

### FINDINGS OF FACT

1. The Debtor commenced this case by the filing of a Chapter 11 petition on September 16, 2022.

2. The Debtor is indebted to PNC, pursuant to a Loan and Security Agreement (the "Loan") dated June 18, 2021, in the original principal amount of $65,300.00 for the purchase of a 2021 Manitou 20150 Compact Track Loader w/48' STD Duty Fork SN: 388568 (the "Equipment"). A copy of the Loan is attached hereto as **Exhibit 1**.

PPAB 8708505v1

3. To perfect its lien on the Equipment, PNC filed a UCC-1 financing statement in the office of the North Carolina Secretary of State on June 23, 2021, File No. 20210083824 (the "UCC"). A copy of the UCC is attached hereto as **Exhibit 2**.

4. As of March 8, 2023, the payments due under the Loan were in arrears.

5. The Debtor desires to surrender the Equipment to PNC and PNC seeks relief from stay in order to obtain possession of and dispose of the Equipment.

Based upon the above stipulated facts, this Court finds that there is good cause under 11 U.S.C. §362(d)(1) to grant PNC relief from the automatic stay to allow PNC to obtain possession of and sell the Equipment without need of further notice, hearing, or order. Accordingly, with the consent of the parties subscribed hereto,

IT IS THEREFORE HEREBY ORDERED as follows:

1. That the automatic stay of 11 U.S.C. §362 is lifted and modified to permit PNC to obtain possession of and sell the Equipment pursuant to applicable law.

2. That the 14-day stay provided for in Rule 4001(a)(3) of the Federal Rules of Bankruptcy Procedure is hereby waived and the lifting of the automatic stay pursuant to the terms of this Consent Order shall be effective immediately.

3. That the Debtor is ordered to release the Equipment to PNC or advise it of the location of the Equipment and the name, address, and telephone number of any third party in possession of the Equipment.

4. That PNC shall provide the Debtor with an accounting of the sale or liquidation of the Equipment and any proceeds thereof.

5. That PNC is hereby permitted 120 days from entry of this Consent Order to file a general unsecured (deficiency claim) for any amounts remaining due under the Loan after sale of the Equipment, or otherwise amend any existing Proof of Claim. The 120 day limit can be extended upon consent of the parties in the event PNC has not sold the Equipment on or before the 120th day after entry of this Consent Order.

6. That, if the net proceeds of the sale or liquidation of the Equipment exceed PNC's claim against the Debtor, the surplus proceeds shall be paid to the Debtor.

7. That time is of the essence as to each and all of the provisions of this Consent Order.

8. That this Court retains jurisdiction over this matter, the parties hereto, and the subject matter hereof, to the extent permitted under applicable law, for the entry of such other and further orders as are either necessary or appropriate to accomplish the foregoing.

**CONSENTED TO AND ACCEPTED:**

PARKER POE ADAMS & BERNSTEIN, LLP

/s/ Brian D. Darer, Esq.
Brian D. Darer, Esq. / N.C. Bar No. 25383
Patricia M. Adcroft, Esq. / N.C. Bar No. 50851
Parker Poe Adams & Bernstein LLP
301 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone: (919) 828-0564
Facsimile: (919) 834-4564
briandarer@parkerpoe.com
pattyadcroft@parkerpoe.com
*Counsel for PNC Bank, National Association*


STEVENS MARTIN VAUGHN & TADYCH PLLC

By: /s/ Kathleen O'Malley
Kathleen O'Malley
N.C. State Bar No. 51654
Attorney for Debtor
6300 Creedmoor Rd., Ste. 170-370
Raleigh, NC 27612
Telephone: (919) 582-2323
Email: komalley@smvt.com

END OF DOCUMENT