UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION

| | |
|---|---|
| IN RE: ) | |
| ) | |
| WILLIAMS LAND CLEARING, GRADING, ) | |
| AND TIMBER LOGGER, LLC, ) | CASE NO. 22-02094-5-PWM |
| ) | CHAPTER 11 |
| DEBTOR. ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that she is over eighteen (18) years of age and that a copy of the *First Application for Compensation by Special Counsel* (DE 604) was this day served upon the below-named persons, parties, and/or counsel by depositing a copy thereof in the United States Mail, First Class, postage prepaid, to the addresses shown below, or by CM/ECF:

| | |
|---|---|
| AMUR Equipment Finance, Inc. Attn: Managing Agent<br>304 W. 3rd Street<br>Grand Island, NE 68801 | Ascentium Capital<br>Attn: Managing Agent<br>23970 US-59<br>Kingwood, TX 77339 |
| Auxilior Capital Partners, Inc. Attn: Managing Agent<br>620 W. Germantown Pke., Suite 450<br>Plymouth Meeting, PA 19462 | Commercial Credit Group, Inc.<br>Attn: Managing Agent<br>525 N. Tryon St., Suite 1000<br>Charlotte, NC 28202 |
| Couch Oil Company<br>Attn: Managing Agent<br>P.O. Box 2753<br>Durham, NC 27715 | Equity Financial, LLC<br>Attn: Managing Agent<br>777 Main St., Suite 3900<br>Fort Worth, TX 76102 |
| Fiji Funding<br>Attn: Managing Agent<br>1969 Rutgers University Blvd.<br>Lakewood, NJ 08701 | John Deere Construction & Forestry<br>Attn: Managing Agent<br>6400 NW 86th St.<br>Johnston, IA 50131 |
| M2 Equipment Finance, LLC<br>Attn: Managing Agent<br>175 N. Patrick Blvd., Suite 140<br>Brookfield, WI 53045 | MHC Financial Services<br>Attn: Managing Agent<br>4501 College Blvd., Suite 160<br>Leawood, KS 66211 |

| | |
|---|---|
| Midland Equipment Finance Equipment<br>Attn: Managing Agent<br>105 14th Ave., Suite 300<br>Seattle, WA 98122 | National Credit Funding<br>Attn: Managing Agent<br>9101 Southern Pine Blvd., Suite 205<br>Charlotte, NC 28278 |
| North Mill Equipment Finance<br>Attn: Managing Agent<br>9 Executive Cir., Suite 230<br>Irvine, CA 92614 | Peak Leasing<br>Attn: Managing Agent<br>5510 Hwy 421<br>Wilmington, NC 28401 |
| People's United Equipment Finance Corp.<br>Attn: Managing Agent<br>10715 David Taylor Dr.<br>Suite 550 (BR10)<br>Charlotte, NC 28262 | PNC Equipment Finance, LLC<br>Attn: Managing Agent<br>655 Business Center Dr., Suite 250<br>Horsham, PA 19044 |
| Signature Finance, LLC<br>Attn: Managing Agent<br>12100 NE 195th St., Suite 315<br>Bothell, WA 98011 | TLG Financial<br>Attn: Managing Agent<br>4350 S. National Avenue, Suite B116<br>Springfield, MO 65810 |
| Verdant Commercial Capital, LLC<br>Attn: Managing Agent<br>4540 Cooper Road, Suite 305<br>Cincinnati, OH 45242 | Volvo Finance Services<br>Attn: Managing Agent<br>P.O. Box 7247-6667<br>Philadelphia, PA 19170-6667 |
| William P. Janvier<br>Kathleen O'Malley (via ECF on 01/18/23)<br>Stevens Martin Vaughn & Tadych, PLLC<br>6300 Creedmoor Road<br>Suite 170-370<br>Raleigh, NC 27612<br>*Debtor's Counsel* | Brian Behr (via ECF on 01/18/23)<br>434 Fayetteville Street, Suite 640<br>Raleigh, NC 27601<br>*Bankruptcy Administrator* |
| Williams Land Clearing, Grading and Timber Logger LLC<br>Attn: Lamonte Williams<br>1600 Sweetwater Lane<br>Raleigh, NC 27610<br>*Debtor* | |

2

This the 18th day of May, 2023.

                              BURNS, DAY & PRESNELL, P.A.

                              s/ Julia Y. Kirkpatrick
                              By: Julia Y. Kirkpatrick
                              North Carolina State Bar No. 29532
                              P.O. Box 10867
                              Raleigh, North Carolina 27605
                              Telephone: 919-782-1441

                              Email: jkirkpatrick@bdppa.com